## STATE OF CONNECTICUT *v.* HECTOR RIOS

*Michael L. Moscowitz*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided February 5, 2003

## MUNICIPAL FUNDING, LLC *v.* ZONING BOARD OF APPEALS OF THE CITY OF WATERBURY ET AL.

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16934.

*Elaine M. Skoronski*, in support of the petition.

*Franklin G. Pilicy*, in opposition.

Decided February 5, 2003